the Third Circuit denied. *Mr. Fred A. Woodis* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Sewall Key* for respondent.

No. 978. NEW YORK LUMBER TRADE ASSN. ET AL. *v.* LACEY ET AL. June 1, 1936. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Walter Gordon Merritt* and *John W. Simpson, 2d,* for petitioners. *Messrs. Louis B. Boudin, Ray Wood Allen,* and *Harry D. Thirkield* for respondents.

No. 981. AMERICAN DIAMOND LINES, INC. ET AL. *v.* PETERSON, ADMINISTRATRIX, ET AL.; and

No. 982. THE BLACK GULL ET AL. *v.* SAME. June 1, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Crandall* for petitioners. *Messrs. Richard L. Sullivan* and *Harry D. Thirkield* for respondents.

No. 985. FREY & HORGAN CORPORATION *v.* SUPERIOR COURT ET AL. June 1, 1936. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Raimond E. Dee* for petitioner. *Mr. W. F. Williamson* for respondents.

No. 989. CHESAPEAKE & OHIO RY. CO. *v.* RICH. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. T. Kinder* for petitioner. *Mr. David F. Anderson* for respondent.